UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    2:07-cr-1-FtM-29DNF

SANDRA MAINARDI
_____

**OPINION AND ORDER**

This matter comes before the Court on the Motion by the United States For Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #352) filed on April 3, 2012. Being familiar with the case, the Court will grant the motion without waiting for a response.

The Court finds that defendant's assistance does qualify as substantial assistance under Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence. The Court will adopt the recommendation of the U.S. Attorney's Office to the extent the Court reduces the sentence as set forth below. The Court finds that such a sentence is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering defendant's substantial assistance in addition to the previously considered advisory recommendation of the Sentencing Guidelines and all the factors identified at 18 U.S.C. § 3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

Accordingly, it is now

**ORDERED:**

1. The Motion by the United States For Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #352) is **GRANTED** as set forth below.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to time served imprisonment, followed by two years supervised release, and otherwise leaving all other components of the sentence as originally imposed.

3. The release of defendant pursuant to this Opinion and Order and amended Judgment shall be stayed for ten calendar days measured from the date of the filing of the amended Judgment, or until such time as the Bureau of Prisons has completed the release preparations, whichever is sooner.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of April, 2012.

JOHN E. STEELE
United States District Judge

Counsel of Record

U.S. Probation
U.S. Marshal
DCCD

Jack Gather
Regional Inmate System Administrator
Federal Bureau of Prisons
3800 Camp Creek Parkway, Bldg. 2000
Atlanta, GA 30331